IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re )<br> )<br>SERGUEY SARKISOV )<br> )<br>In Re )<br> )<br>BLUSAR, MANUFACTORING, LLC, )<br> )<br> Debtors. )<br>_____ )<br> )<br>THOMAS ACEITUNO, et al., )<br> )<br> Plaintiffs, )<br> )<br> v. )<br> )<br>KBI NORCAL, Inc., et al., )<br> )<br> Defendants. )<br>_____ ) | Case No.  02-33135-C-7<br><br>Case No.  02-33141-C-7<br><br>Adv. Proc. No. 04-2525-C<br><br>2:06-cv-2273-GEB-DAD<br><br><br><br>ORDER |

On December 3, 2007 the parties moved to vacate the pre-trial conference set for December 10, 2007, based on a tentative settlement agreement.  In light of the parties' representation that "[none of] the contingencies are likely to prevent the settlement from being consummated," the motion to vacate the pre-trial conference is granted.  Further, in light of the parties' settlement representations, cases 02-33135-C-7, 02-33141-C-7, and 04-2525-C are

1 | referenced to the Bankruptcy Court and the Clerk of the United States
2 | District Court shall close civil action 2:06-cv-2273.
3 |         IT IS SO ORDERED.
4 | Dated:  December 7, 2007

```
                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge
```